FILED
2018 Nov-26 PM 01:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMESHIA ALEXANDER,** | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | )   **2:18-CV-01728-MHH** |
| | ) |
| **NATIONAL CREDIT SYSTEMS INC; ET AL,** | ) |
| | ) |
| DEFENDANTS. | ) |
| | ) |

## NOTICE OF APPEARANCE

**PLEASE NOTE** the entry of appearance of John C. Hubbard as an additional counsel of record for Plaintiff Jameshia Alexander in the above-styled action.

/s/ John C. Hubbard
John C. Hubbard
Attorney for Plaintiff

**OF COUNSEL:**
John C. Hubbard, LLC
PO Box 953
Birmingham, Alabama 35203
205-378-8121
jch@jchubbardlaw.com

## CERTIFICATE OF SERVICE

2

      I do hereby certify that I have, on this the 26th day of November 2018, served the following parties the foregoing document via the CM/ECF system:

Kirkland E. Reid, Esq.
Jones Walker, LLP
11 N. Water St, Suite 1200
Mobile, AL 36602

                                             /s/ John C. Hubbard